123 A.3d 775

In re PETITION TO SUBMIT BALLOT QUESTION
TO CONCORD TOWNSHIP VOTERS.

Colette Brown, Petitioner.

Dominic Pileggi, Kevin O'Donaghue, Robert Judge, Augustine
Albino, Joseph Albino, Patricia Ausman, Christina Lambert,
and Delaware County Board Of Elections, Respondents.

Supreme Court of Pennsylvania.

Oct. 6, 2015.

## ORDER

PER CURIAM

**AND NOW,** this 6th day of October, 2015, Petitioner's
"Emergency Application for Extraordinary Relief" is hereby
**DENIED.**